COURT OF APPEALS
EIGHTH DISTRICT OF TEXAS
EL PASO, TEXAS

|  |  |  |
|---|---|---|
| | § | |
| SOCORRO INDEPENDENT SCHOOL DISTRICT, | § | No. 08-11-00065-CV |
| | § | Appeal from the |
| Appellant, | § | 448th Judicial District Court |
| v. | § | of El Paso County, Texas |
| DELIA GONZALEZ, | § | (TC# 2010-639) |
| Appellee. | § | |

## <u>MEMORANDUM OPINION</u>

Appellant has filed an unopposed motion to dismiss this appeal. *See* TEX.R.APP.P. 42.1(a)(1). The motion is granted, and the appeal is dismissed. Costs of appeal are assessed against Appellant. *See* TEX.R.APP.P. 42.1(d).


February 29, 2012

CHRISTOPHER ANTCLIFF, Justice

Before McClure, C.J., Rivera, and Antcliff, JJ.